UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


KAREN ANNETTE DUBLIN,            )
                                 )
                Plaintiff,       )
                                 )
v.                               )          **JUDGMENT**
                                 )
                                 )          No. 5:13-CV-48-FL
                                 )
CAROLYN W. COLVIN,               )
Acting Commissioner of Social Security,   )
                                 )
                Defendant.       )


**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 16, 2013, that defendant's motion to remand is granted and the Commissioner's decision is reversed.  This matter is remanded to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) and §1383(c)(3) for further proceedings.

**This Judgment Filed and Entered on August 16, 2013, and Copies To:**

Daniel R. Lauffer (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)


August 16, 2013              JULIE A. RICHARDS, CLERK
                               /s/ Susan W. Tripp
                             (By) Susan W. Tripp, Deputy Clerk