IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:13-CV-00048-FL
Western Division

KAREN ANNETTE DUBLIN )
        Plaintiff, )
)
v. )
) ORDER
)
CAROLYN W. COLVIN, )
  Acting Commissioner )
  of Social Security, )
        Defendant. )

This is a Social Security case in which a judgment and order were entered reversing the Commissioner's Decision and remanding the case. The Plaintiff has moved for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $1,400.00.

On the basis of Plaintiff's motion and supporting documents, IT IS ORDERED that the Commissioner of Social Security pay $1,400.00 in attorney's fees in full satisfaction of any claim for fees, costs, and other expenses pursuant to EAJA.

This the  19th  day of September, 2013.

                         LOUISE W. FLANAGAN
                         United States District Judge